[No. 52059-8-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. [A.D.[†]],
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-8-01283-3, Joseph A. Thibodeau, J., entered February 14, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52226-4-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. A.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-04813-9, Dale B. Ramerman, J., entered March 25, 2003. *Affirmed* by unpublished per curiam opinion.

[Nos. 52254-0-I; 52255-8-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRELL PERRY,
*Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-8-03388-5, LeRoy McCullough, J., entered March 18, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52773-8-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BRATLIE,
*Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-01192-3, Gary Tabor, J., entered September 27, 2002. *Affirmed* by unpublished per curiam opinion.

---

[†]The appellant is a juvenile and will be referenced by the initials A.D.